# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HENRY OLSON MEMORIALS INC.  § Case No. 12-83433
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/30/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/07/2013            By:  /s/JOSEPH D. OLSEN
                                                                                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HENRY OLSON MEMORIALS INC. | § | Case No. 12-83433 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $     15,200.00

*and approved disbursements of*              $      1,669.88

*leaving a balance on hand of*  [1]          $     13,530.12

**Balance on hand:**                          $     13,530.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 447.98 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $    13,530.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,270.00 | 0.00 | 2,270.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 229.05 | 0.00 | 229.05 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,087.50 | 0.00 | 1,087.50 |

Total to be paid for chapter 7 administration expenses:   $     3,586.55
Remaining balance:                                          $     9,943.57

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 9,943.57 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,569.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 1,069.38 | 0.00 | 1,069.38 |
| 3 | Amy & Phil Truckenbrod | 500.00 | 0.00 | 500.00 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 1,569.38 |
| Remaining balance: | | $ | 8,374.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,081.55 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 400.00 | 0.00 | 332.26 |
| 2 | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 4 | Ted Quinonez | 1,150.50 | 0.00 | 955.66 |
| 5 | Mary L. Ames | 3,885.64 | 0.00 | 3,227.58 |
| 6 | Nicor Gas | 879.36 | 0.00 | 730.44 |
| 7 | Eileen Andrews | 3,766.05 | 0.00 | 3,128.25 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | | $ | 8,374.19 |
| Remaining balance: | | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 482.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Daniel M. Harris | 482.63 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-83433-TML
Henry Olson Memorials Inc.                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: cshabez              Page 1 of 2              Date Rcvd: Nov 19, 2013
                               Form ID: pdf006            Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2013.
```
db          #+Henry Olson Memorials Inc.,    728 Windsor Road,     Loves Park, IL 61111-4153
19411457     +Adapt Plastics, Inc.,    7949 Forest Hills Road,     Loves Park, IL 61111-2900
19687788    #+Amy & Phil Truckenbrod,    POB 112046,    Naples, FL 34108-0135
19411458     +Amy Truckenbrod,    1920 16th St. NE,    Naples, FL 34120-3480
19411459     +Apostolic Publishing Company, Inc.,     The Catholic Devotional,    7010 6th Street N,
               Saint Paul, MN 55128-6146
19411460     +Arlington Memorial Park Assoc,    6202 Charles Street,    Rockford, IL 61108-6823
19411461     +Barbara Heaton,    2024 Paradise Blvd,    Rockford, IL 61103-2923
19411462     +Bevel Granite Co., Inc.,    11849 S. Kedzie Avenue,    Merrionette Park, IL 60803-4518
19411463     +Cari Herron,    3334 Valley Woods Drive,    Cherry Valley, IL 61016-9430
19411464     +Catholic Cemeteries,    8616 W. State Street,    Winnebago, IL 61088-9080
19411466     +Coface Collections North America,     PO Box 1389,    Kenner, LA 70063-1389
19411467      Comcast,    PO Box 3002,   Southeastern, PA 19398-3002
19411469      Convergent,    PO Box 9004,   Renton, WA 98057-9004
19411470      Dakota Granite,    PO Box 1351,    Milbank, SD 57252-0722
19411471     +Dakota Valley Trucking,    1002 Industrial Drive,    PO Box 413,    Milbank, SD 57252-0413
19411472     +Daniel M. Harris,    c/o B S L B V,    6833 Stalter Drive,    Rockford, IL 61108-2579
19411473      Darica Trucking Co, Inc.,    PO Box 446,    Elberton, GA 30635-0446
19411474     +Design Services, Inc.,    PO Box 1789,    Land O Lakes, FL 34639-1789
19411475      Dex One,    PO Box 9001401,    Louisville, KY 40290-1401
19411476     +Eileen Andrews,    Anthony R. Phelps, Esq.,    2902 McFarland Road, Suite 400,
               Rockford, IL 61107-6801
19411477     +First Data Merchant Services,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
19411478      Furniture Row,    Retail Services Dept 7680,    Carol Stream, IL 60116-7680
19411479      Granite City Tool Company, Inc.,     247 28th Avenue S,    Waite Park, MN 56387-1086
19411480      I.D.E.S.,    Northern Region,    260 East Indian Trail Road,    Aurora, IL 60505-1733
19411481     +Ikonics Corporation,    4832 Grand Avenue,    Duluth, MN 55807-2743
19519971     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808,     Attn: Bankruptcy Unit - 10th flr.
19667555      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
19411482      Illinois Department of Revenue,    PO Box 19447,    Springfield, IL 62794-9447
19411483      James Stevens & Daniels,    1283 College Park Drive,    Dover, DE 19904-8713
19411485     +Joseph, Mann & Creed,    20600 Chagrin Blvd,    Suite 550,    Shaker Hts, OH 44122-5340
19411486     +Keystone Memorials,    PO Box 6077,    Elberton, GA 30635-6077
19411487     +Keystone Trucking,    PO Box 6077,    Elberton, GA 30635-6077
19411488     +Kowalski Memorials, Inc.,    195 Kehoe Blvd,    Carol Stream, IL 60188-5202
19411489      M.C.C.,    PO Box 538,   Eau Claire, WI 54702-0538
19411490      Marvin Kendrick Trent & Assoc,    PO Box 3864,    Louisville, KY 40201-3864
19411491     +Mary L. Ames,    729 River Lane,    Loves Park, IL 61111-5148
19411492     +Matthews International,    PO Box 547,    Kingwood, WV 26537-0547
19411493     +Monumental Computer Applications,     9 Genesee Street,    PO Box 489,
               Cherry Valley, NY 13320-0489
19411494     +Moore Money Management,    12315 Shadowvista Drive,    Houston, TX 77082-7309
19411495     +Mr. & Mrs. Milburn,    c/o ronald fiet,    4320 Spring Creek Road,    Rockford, IL 61107-1175
19411496     +Mr. Ted Quinonez,    c/o Robert A. Calgaro,    120 West State Street, Suite 300,
               Rockford, IL 61101-1199
19411497     +Mrs. David Moncu,    6693 Saladino Drive,    Roscoe, IL 61073-9257
19411498      Mrs. Gentry,    1305 Kingsley,    Machesney Park, IL 61115
19411499     +Mrs. Jack Drake,    11490 Harmony Lane,    Woodruff, WI 54568-9208
19411500     +Mutual Management Services,    C/O Northern Illinois Imaging,    401 E. State St., PO Box 4777,
               Rockford, IL 61110-4777
19411501      National Pen Company,    Department #00274501,    PO Box 55000,    Detroit, MI 48255-2745
19411503      Norine V. Arndt,    10983 W. Gladys Avenue,    Edgerton, WI 53534
19411504     +North Park Hardware,    7824 North Second Street,    Machesney Park, IL 61115-2891
19411505      North Park Public Water District,     PO Box 966,    Roscoe, IL 61073-0966
19411506      Oakland Cemetery & Mausoleum,    PO Box 637,    Freeport, IL 61032-0637
19411508      PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
19411512      PSM Inc.,    1489, Boul. St-Antoine,    Saint-Jerome, Quebec
19411507     +Pat Ranft,    7239 W. Spring Creek Road,    Beloit, WI 53511-9673
19411509     +Precious Souvenir,    6066 The Arnold Trail,    Coburn Gore, ME 04936-3015
19411510     +Programs Plus,    PO Box 617,    Roscoe, IL 61073-0617
19411511     +Progressive Business Publications,     370 Technology Drive,    PO Box 3019,
               Malvern, PA 19355-0719
19411513     +REX Granite Company,    PO Box 924,    Saint Cloud, MN 56302-0924
19411515     +Rick Terranova,    244 Evelyn Avenue,    Loves Park, IL 61111-5084
19411516     +Rock River Disposal,    4002 South Main Street,    Rockford, IL 61102-4664
19411517     +Rock River Water Reclamation Dist,     3501 Kishwaukee Street,    Rockford, IL 61109-2053
19411518     +Rockford Cemetery Association,    Greenwood Cemetery,    1011 Auburn Street,
               Rockford, IL 61103-4700
19411519     +Star Granite Co., Inc.,    PO Box 159,    Elberton, GA 30635-0159
19411520     +SuperNova International, Inc.,    1709 Thompson Street,    Suite 311,    Lansing, MI 48906-6111
19755647     +Ted Quinonez,    c/o 120 W. State Street, Ste.300,    Rockford, Il 61101-1199
19411524     +Twelve Mile Grove Cemetery Assoc,     Office of the Secretary,    PO Box 522,
               Pecatonica, IL 61063-0522
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2            Date Rcvd: Nov 19, 2013
                              Form ID: pdf006            Total Noticed: 73

19411525     +United Tranz Actions,    2811 Corporate Way,   Miramar, FL 33025-3972
19411528     +Yellow Pages United,     PO Box 53282,   Atlanta, GA 30355-1282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19411468       E-mail/Text: legalcollections@comed.com Nov 20 2013 00:30:12      Commonwealth Edison,
               PO Box 6111,   Carol Stream, IL 60197-6111
19411502       E-mail/Text: bankrup@aglresources.com Nov 20 2013 00:29:08     NiCor,   PO Box 0632,
               Aurora, IL 60507-0632
19932860     +E-mail/Text: bankrup@aglresources.com Nov 20 2013 00:29:09      Nicor Gas,   Po box 549,
               Aurora Il 60507-0549
19411521       E-mail/Text: bankruptcynotices@tdstelecom.com Nov 20 2013 00:29:10      TDS Metrocom,
               PO Box 94510,   Palatine, IL 60094-4510
19411522       E-mail/Text: banko@hestark.com Nov 20 2013 00:30:04     The Stark Collection Agency,
               PO Box 45710,   Madison, WI 53744-5710
19411523     +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 20 2013 00:29:54       Transworld Systems, Inc.,
               507 Prudential Road,   Horsham, PA 19044-2308
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19411465       Certegy
19411514       RH Donnelley Publishing & Adv
19411527*    +Vericore,   1200 West Causeway Approach,    Mandeville, LA 70471-3066
19411484   ##+Jennie M. Terranova,   1704 Notre Dame Road,   Rockford, IL 61103-1648
19411526   ##+Vericore,   1200 West Causeway Approach,    Mandeville, LA 70471-3066
                                                                                   TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2013 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Joseph D Olsen    on behalf of Accountant Joy C Garab Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Thomas E. Laughlin    on behalf of Debtor   Henry Olson Memorials Inc. tloff@aol.com
                                                                                             TOTAL: 7
```