# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HENRY OLSON MEMORIALS INC.   § Case No. 12-83433
§
§
Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,943.57     Claims Discharged
                                               Without Payment: $2,189.99

Total Expenses of Administration: $5,256.43

---

   3) Total gross receipts of $ 15,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $447.98 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,256.43 | 5,256.43 | 5,256.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,569.38 | 1,569.38 | 1,569.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,564.18 | 10,564.18 | 8,374.19 |
| **TOTAL DISBURSEMENTS** | $0.00 | $17,837.97 | $17,389.99 | $15,200.00 |

4) This case was originally filed under Chapter 7 on September 07, 2012. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2014          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| c/o Attorney Henbest Trust Account | 1129-000 | 15,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Department of Employment Security | 4110-000 | N/A | 447.98 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$447.98** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,270.00 | 2,270.00 | 2,270.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 229.05 | 229.05 | 229.05 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,087.50 | 1,087.50 | 1,087.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.09 | 31.09 | 31.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 29.99 | 29.99 | 29.99 |
| Rabobank, N.A. | 2600-000 | N/A | 23.18 | 23.18 | 23.18 |
| Rabobank, N.A. | 2600-000 | N/A | 20.25 | 20.25 | 20.25 |
| Rabobank, N.A. | 2600-000 | N/A | 20.95 | 20.95 | 20.95 |
| Rabobank, N.A. | 2600-000 | N/A | 23.08 | 23.08 | 23.08 |
| Rabobank, N.A. | 2600-000 | N/A | 22.33 | 22.33 | 22.33 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.40 | 14.40 | 14.40 |
| Rabobank, N.A. | 2600-000 | N/A | 20.12 | 20.12 | 20.12 |
| Rabobank, N.A. | 2600-000 | N/A | 23.68 | 23.68 | 23.68 |
| Rabobank, N.A. | 2600-000 | N/A | 21.49 | 21.49 | 21.49 |
| Rabobank, N.A. | 2600-000 | N/A | 20.74 | 20.74 | 20.74 |
| Rabobank, N.A. | 2600-000 | N/A | 23.58 | 23.58 | 23.58 |
| Dale Brick & Associates | 3310-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,256.43 | $5,256.43 | $5,256.43 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | N/A | 1,069.38 | 1,069.38 | 1,069.38 |
| 3 | Amy & Phil Truckenbrod | 5800-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,569.38 | $1,569.38 | $1,569.38 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 400.00 | 400.00 | 332.26 |
| 2 | Illinois Department of Revenue | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | Ted Quinonez | 7100-000 | N/A | 1,150.50 | 1,150.50 | 955.66 |
| 5 | Mary L. Ames | 7100-000 | N/A | 3,885.64 | 3,885.64 | 3,227.58 |
| 6 | Nicor Gas | 7100-000 | N/A | 879.36 | 879.36 | 730.44 |
| 7 | Eileen Andrews | 7100-000 | N/A | 3,766.05 | 3,766.05 | 3,128.25 |
| 8 | Daniel M. Harris | 7200-000 | N/A | 482.63 | 482.63 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,564.18 | $10,564.18 | $8,374.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-83433
**Case Name:** HENRY OLSON MEMORIALS INC.

**Period Ending:** 02/13/14

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 09/07/12 (f)
**§341(a) Meeting Date:** 10/15/12
**Claims Bar Date:** 02/04/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | c/o Attorney Henbest Trust Account | 19,000.00 | 15,200.00 | | 15,200.00 | FA |
| 1 | Assets   Totals (Excluding unknown values) | **$19,000.00** | **$15,200.00** | | **$15,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013   **Current Projected Date Of Final Report (TFR):**   November 18, 2013  (Actual)

Printed: 02/13/2014 07:58 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83433  
**Case Name:** HENRY OLSON MEMORIALS INC.  
**Taxpayer ID #:** **-***4927  
**Period Ending:** 02/13/14

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/22/12 | {1} | Barton L. Henbest Attorney at Law | net proceeds of sale of business assets | 1129-000 | 15,200.00 | | 15,200.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 15,175.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.09 | 15,143.91 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.99 | 15,113.92 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 15,113.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,200.00 | 15,200.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,113.92 | |
| | | | **Subtotal** | | 15,200.00 | 86.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,200.00** | **$86.08** | |

{} Asset reference(s)

Printed: 02/13/2014 07:58 AM    V.13.14

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 12-83433  
**Case Name:** HENRY OLSON MEMORIALS INC.  
**Taxpayer ID #:** **-***4927  
**Period Ending:** 02/13/14

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****103366 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 15,113.92 | | 15,113.92 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.18 | 15,090.74 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 15,070.49 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.95 | 15,049.54 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.08 | 15,026.46 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.33 | 15,004.13 |
| 06/05/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #12-83433, Bond #016018067 | 2300-000 | | 14.40 | 14,989.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.12 | 14,969.61 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.68 | 14,945.93 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.49 | 14,924.44 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.74 | 14,903.70 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.58 | 14,880.12 |
| 11/07/13 | 10102 | Dale Brick & Associates | Per 11/6/13 - pay accountant fees | 3310-000 | | 1,350.00 | 13,530.12 |
| 12/31/13 | 10103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,087.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,087.50 | 12,442.62 |
| 12/31/13 | 10104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,270.00, Trustee Compensation;  Reference: | 2100-000 | | 2,270.00 | 10,172.62 |
| 12/31/13 | 10105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $229.05, Trustee Expenses;  Reference: | 2200-000 | | 229.05 | 9,943.57 |
| 12/31/13 | 10106 | Amy & Phil Truckenbrod | Dividend paid 100.00% on $500.00; Claim# 3; Filed: $500.00; Reference: | 5800-000 | | 500.00 | 9,443.57 |
| 12/31/13 | 10107 | Ted Quinonez | Dividend paid 83.06% on $1,150.50; Claim# 4; Filed: $1,150.50; Reference: | 7100-000 | | 955.66 | 8,487.91 |
| 12/31/13 | 10108 | Mary L. Ames | Dividend paid 83.06% on $3,885.64; Claim# 5; Filed: $3,885.64; Reference: | 7100-000 | | 3,227.58 | 5,260.33 |
| 12/31/13 | 10109 | Nicor Gas | Dividend paid 83.06% on $879.36; Claim# 6; Filed: $879.36; Reference: | 7100-000 | | 730.44 | 4,529.89 |
| 12/31/13 | 10110 | Eileen Andrews | Dividend paid 83.06% on $3,766.05; Claim# 7; Filed: $3,766.05; Reference: | 7100-000 | | 3,128.25 | 1,401.64 |
| 12/31/13 | 10111 | Illinois Department of Employment Security | Combined Check for Claims#1U,1P | | | 1,401.64 | 0.00 |
| | | | Dividend paid 83.06%   332.26 on $400.00;  Claim# 1U; Filed: $400.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   1,069.38 | 5800-000 | | | 0.00 |

Subtotals :    $15,113.92    $15,113.92

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-83433
**Case Name:** HENRY OLSON MEMORIALS INC.

**Taxpayer ID #:** **-***4927
**Period Ending:** 02/13/14

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ****103366 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,069.38; Claim# 1P; Filed: $1,069.38 | | | | |
| | | | **ACCOUNT TOTALS** | | 15,113.92 | 15,113.92 | $0.00 |
| | | | Less: Bank Transfers | | 15,113.92 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,113.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $15,113.92 | |

Net Receipts :         15,200.00
Net Estate :         $15,200.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******28-66 | 15,200.00 | 86.08 | 0.00 |
| Checking # ****103366 | 0.00 | 15,113.92 | 0.00 |
| | $15,200.00 | $15,200.00 | $0.00 |

{} Asset reference(s)                                              Printed: 02/13/2014 07:58 AM    V.13.14